McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>    v.<br>ROSEANNA MARIE GRAVEN,<br><br>        Defendant. | 2:07-cr-0284-FCD |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>    v.<br>TERRY LEE PARKER,<br><br>        Defendant. | 2:07-cr-0308-MCE<br><br>MOTION AND STIPULATION TO RELATE CASES AND ORDER |

    Pursuant to this Court's Local Rule 83-123(3) & (4), plaintiff United States of America hereby notifies the Court of the filing of a related case and the United States further moves that the case be related.

    On June 27, 2007, an Information was filed initiating case number CR. S-07-284-FCD against ROSEANNA MARIE GRAVEN.  This matter was assigned to the Hon. Frank C. Damrell Jr.  The Information charges GRAVEN with bank fraud (18 U.S.C. 1344), aggravated identity theft (18 U.S.C. 1028A), and possession of stolen U.S.

1  Mail (18 U.S.C. 1708).  GRAVEN is charged in connection with a
2  scheme to manufacture checks with account numbers of others.
3  GRAVEN and other participants in the scheme are alleged to have
4  possessed stolen identification and account number information from
5  the U.S. Mail and elsewhere to create the fraudulent checks.  The
6  felony Information also charges GRAVEN with using identity
7  information to cash fraudulent checks.
8       On July 16, 2007, an Information was filed initiating case no.
9  CR. S-07-308-MCE against TERRY LEE PARKER.  The Information
10 similarly charges PARKER with bank fraud (18 U.S.C. 1344),
11 aggravated identity theft (18 U.S.C. 1028A), and possession of
12 stolen U.S. Mail (18 U.S.C. 1708).  PARKER, a felon, is
13 additionally charged as a prohibited person in possession of a
14 firearm (18 U.S.C. 922(g)(1)).
15      The United States submits that the case against PARKER,
16 Cr. 07-0308-MCE, should be related before Judge Damrell Jr. with
17 the EARLIER charged case against GRAVEN, Cr. 07-0284-FCD.  In each
18 case there are the same victims (financial institutions and U.S.
19 Mail senders/recipients), similar witnesses, related defendants
20 (common- law spouses), related address, residence, and factual
21 background.  Further, the charges against each defendant stem from
22 and relate to the same underlying arrest and investigation conduct.
23      Defense counsel for PARKER, Assistant Federal Defender Ned
24 Smock, stipulates and agrees that the matter against PARKER is
25 properly related to the matter against GRAVEN.  The United States
26 and PARKER, through his counsel, agree -- in anticipation of the
27 United States' Motion to Relate the two matters -- to set the case
28 (against PARKER) for status and entry of plea hearing on or about

1  July 30, 2007 (on the same date as the status hearing in the case
2  against GRAVEN), all before the Hon. Frank C. Damrell Jr.
3        Accordingly, the United States submits that in each case,
4  there are related evidence issues, sentencing issues and/or similar
5  witness concerns.  Significantly, relation of the case concerning
6  PARKER with the case already before the previously assigned
7  judicial officer (Judge Damrell) would help victims, law
8  enforcement, and witnesses deal with prosecutive and judicial
9  burdens.  In addition, relating the PARKER matter with the EARLIER
10 case (against GRAVEN) would be efficient for the U.S. Probation
11 Office.

13 Dated:   7/16/2007                    McGREGOR W. SCOTT
14                                       United States Attorney

15                                 /s/ Michelle Rodriguez
                              By: _____
16                                MICHELLE RODRIGUEZ
                                  Assistant U.S. Attorney

18                          **RELATED CASE ORDER**

19     Examination of the above-captioned matters, reveals that the
20 actions are related within the meaning of Local Rule 83-123(a).
21 The actions involve similar transactions, including as to victims
22 and witnesses, and would therefore entail a substantial duplication
23 of labor if heard by different judges.  Accordingly, the assignment
24 of the matters to the same judge is likely to effect a substantial
25 savings of judicial effort and is also likely to be convenient for
26 the parties.
27     The parties should be aware that relating the cases under
28 Local Rule 83-123 merely has the result that the actions are

3

assigned to the same judge.  No consolidation of the actions is effected.  Under the regular practice of this court, related cases are assigned to the judge to whom the first filed action was assigned.

    IT IS THEREFORE ORDERED that the action denominated: 2:07-cr-0308 MCE is reassigned to the Honorable Frank C. Damrell Jr., for all further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall be shown as: 2:07-cr-0308 FCD.

    IT IS FURTHER ORDERED that the clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

DATED: July 18, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE